IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| GLORIA CASTRELLON<br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC<br>DEUTSCHE BANK NATIONAL<br>TRUST AS TRUSTEE FOR<br>SOUNDVIEW HOME LOAN TRUST<br>MACKIE WOLF ZIENTZ & MANN P.C.<br>Defendants | §<br>§<br>§<br>§<br>§  Civil Case No. 7:15-cv-00074<br>§<br>§<br>§<br>§<br>§<br>§ |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

**NOW COME** Gloria Castrellon (hereinafter "Plaintiff" or "Castrellon") and Defendants, by and through their respective attorneys, and jointly pursuant to Federal Rules of Civil Procedure 41 file this Stipulation of Dismissal Without Prejudice.

1.  The Court held a Status Conference on April 10, 2018 at 9:00am. The Parties have attempted to amicably resolve the matter, and the Court set a Status Conference for June 12, 2018 at 9:00am. The Court asked the Parties to provide notice if an extension would be needed. The Parties requested and received a continuance to July 17, 2018 at 9:00 am.

2.  Despite good faith and diligent efforts, the Parties have been unable to come to terms agreeable for settlement. Plaintiff does not want to proceed with her claims at this point, but requests a dismissal without prejudice to allow her to potentially file another case in the future regarding these claims.

3.  Defendant is not opposed to a dismissal without prejudice.

PRAYER

WHEREFORE, the Parties request that the Court dismiss this Case Without Prejudice, the parties each bear their own costs, and any such other relief this Court deems just, equitable and proper.

Respectfully Submitted,

Guerra Days Law Group, PLLC

/s/ Ricardo Guerra
By: Ricardo Guerra
TX Bar No. 24074331
Guerra Days Law Group, PLLC
2211 Rayford Rd Ste 111 #134
Spring, TX  77386
Tel. 281-760-4295
Fax. 866-325-0341
Attorney of Record for Plaintiff Gloria Castrellon


/s/ Daron L. Janis
LOCKE LORD LLP
djanis@lockelord.com
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000 - telephone
(214) 740-8800 –facsimile
Attorney for Defendants

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served on the following consistent with the Federal Rules of Civil Procedure, on July 12, 2018, to the following counsel of record:

Robert T. Mowery
LOCKE LORD LLP
rmowrey@lockelord.com
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000 (telephone)
(214) 740-8800 (Facsimile)

          /s/ Ricardo Guerra
          Ricardo Guerra